UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY MOCK | |
| | CIVIL ACTION |
| VERSUS | |
| | NO.   20-594-JWD-RLB |
| COUCH, CONVILLE, & BLITT, LLC, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.7) dated February 23, 2021, to which no objection was filed,

**IT IS ORDERED** that Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (R. Doc. 3) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on <u>March 10, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**